[No. 52001-6-I. Division One. May 2, 2005.]

LORI J. BUNDRICK, as *Guardian, Appellant* v. BARRY C.
STEWART ET AL., *Defendants*, THE UNIVERSITY OF
WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 01-2-11679-7, Glenna Hall, J., entered March
11, 2003. *Affirmed* by unpublished opinion per Ellington,
A.C.J., concurred in by Grosse and Becker, JJ. Now published at 128 Wn. App. 11.

[No. 52721-5-I. Division One. May 2, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN CHATEN,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-01597-9, George T. Mattson, J., entered
July 28, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Becker and
Appelwick, JJ.

[No. 52880-7-I. Division One. May 2, 2005.]

*In the Matter of the Marriage of* VIVECA SANAI, *Appellant*,
*and* SASSAN SANAI, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-3-00054-5, Joseph A. Thibodeau, J.,
entered August 11, 2003. *Affirmed* by unpublished per
curiam opinion.

[No. 52901-3-I. Division One. May 2, 2005.]

RICHARD HIBBS, *Appellant*, v. THE TOWN OF SULTAN,
*Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-03098-1, Ronald L. Castleberry, J., entered July 29, 2003. *Affirmed* by unpublished
opinion per Becker, J., concurred in by Coleman and
Kennedy, JJ.